IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| Zach Ryburn,<br><br>         Plaintiff,<br><br>vs.<br><br>CrossCountry Mortgage, LLC<br><br>         Defendant. | Case No.: 4:22-cv-00748-BRW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Zach Ryburn ("Plaintiff"), and Defendant CrossCountry stipulate that all claims in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Plaintiff and Defendant respectfully request that the court enter any further order necessary to effectuate the dismissal of this action with prejudice.

Dated: December 21, 2022                                     Respectfully Submitted,

By: */s/ Zach Ryburn*
Zach Ryburn (*2015061*)
Ryburn Law Firm
650 S. Shackleford Rd., Ste. 231
Little Rock, AR 72211
501-228-8100

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2022, I electronically served all counsel of record.

Karen Volkman
100 South 4th St., Ste 500.
St. Louis, Missouri 63102
Karen.Volkman@lewisbrisbois.com
Attorney for Defendant CrossCountry Mortgage LLC.

                                      */s/ Zach Ryburn*

                                      Zach Ryburn